No. 82–5441.  LARACUENTE-MATOS v. PUERTO RICO DE-
PARTMENT OF LABOR AND HUMAN RESOURCES ET AL.
C. A. 1st Cir.  Certiorari denied.

No. 82–5446.  HOHMAN v. PRINCE WILLIAM COUNTY,
VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–5450.  ROSE v. ABSHIRE.  C. A. 6th Cir.  Certio-
rari denied.

No. 82–5452.  EMMONS v. WYRICK.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 82–5453.  PRINCE v. COMMON PLEAS COURT OF AL-
LEGHENY COUNTY.  C. A. 3d Cir.  Certiorari denied.

No. 82–5454.  MOAWAD v. TALLAHATCHIE COUNTY CIR-
CUIT COURT.  Sup. Ct. Miss.  Certiorari denied.

No. 82–5457.  KORDOWER v. BORODINSKY.  Super. Ct.
N. J., App. Div.  Certiorari denied.

No. 82–5458.  HARVEY v. CALIFORNIA.  Ct. App. Cal., 2d
App. Dist.  Certiorari denied.

No. 82–5461.  BARBOZA v. MASSACHUSETTS.  Sup. Jud.
Ct. Mass.  Certiorari denied.

No. 82–5462.  KNEE v. WYRICK, WARDEN, MISSOURI
STATE PENITENTIARY.  C. A. 8th Cir.  Certiorari denied.

No. 82–5471.  SPEAR v. ROBERTS.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 82–5480.  GRUZEN v. ARKANSAS.  Sup. Ct. Ark.
Certiorari denied.

No. 82–5487.  MILLS v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.